**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                  **CRIMINAL ACTION NO. 4:06CR20-P-B**

**WILBUR LYNN SMITH**

<u>**ORDER**</u>

This cause is before the Court, sua sponte, for consideration of a request by the warden of the Federal Medical Center in Lexington, Kentucky for an extension of time to complete a psychiatric examination of defendant Smith. The Court, having reviewed the request and being otherwise fully advised in the premises, finds as follows, to-wit:

That the warden's application is well-taken and should be granted. The time period for submission of the expert's report regarding the defendant's mental condition shall be extended an additional thirty (30) days to allow for the completion of the examination and the preparation of the necessary reports.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Warden Dewalt's application for an extension of time is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that the medical center is to complete its examination of the defendant no more than sixty (60) days from the date of the defendant's arrival at the facility, or on or before May 22, 2006.

SO ORDERED, this the 11th day of April, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE